UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

DOREEN WASHINGTON,

               Plaintiff,

  -against-

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C,
               Defendants.
_____x

07 CIV. 4096
(Glasser, J)
(Orenstein, M.J.)

**STIPULATION Of SETTLEMENT and DISCONTINUANCE**

IT IS HEREBY STIPULATED BY THE PARTIES HEREIN:

1. The defendant will pay the plaintiff, via her attorneys, within ten days of this order $1000.00 in statutory damages and $130.00 in actual damages (bank fees) as a result of defendant's actions involving the restraint of plaintiff's bank account.

2. Based on the above terms, the within action is discontinued with prejudice, and without costs or attorneys fees to any party.

Dated: Brooklyn, New York

      March 20, 2008

By: Johnson M. Tyler (5429 JT)

JOHN C. GRAY, ESQ. (9872 JG)
SOUTH BROOKLYN LEGAL SERVIC
Johnson M. Tyler (5429 JT)
Edward Josephson (7815 EJJ)
Attorneys for Plaintiffs
105 Court Street
Brooklyn, N.Y.  11201
(718) 237-5500

By: 

Kenneth Mintz, Esq.
Neil Sonnenfeldt, Esq.
GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
Attorneys For Defendant
813 Jericho Turnpike
New Hyde Park, NY 11040
516-775-7007