# SOUTH BROOKLYN LEGAL SERVICES

Brooklyn Legal Services Corp. B • John C. Gray, Project Director
105 Court Street, Brooklyn, NY 11201 • (718) 237-5500 • Fax (718) 855-4189

March 20, 2008

The Honorable Leo Glasser, U.S. District Court Judge
The Honorable James Orenstein, U.S. District Court Magistrate
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

By Electronic Submission only

re:    Re:    Washington v. Gutman, Mintz, 07 CIV. 4096

Dear Judge Glasser and Magistrate Orenstein,

    The parties have agreed to settle and discontinue with prejudice this action. We therefore will not be appearing at Magistrate Orenstein's conference, tomorrow, March 21, 2008. I informed Judge Orenstein's chambers of this settlement today and the case has been taken off the conference schedule.

    Thank you for your attention to this matter.

Sincerely,

**Johnson M. Tyler**, Esq. (JMT 5548)
Unit Director
SSI/Disability Rights/Special Education
718-237-5548
Johnson@sbls.org

cc:
Kenneth Mintz
Neil Sonnenfeldt
Gutman, Mintz, Baker & Sonnenfeldt, P.C.
813 Jericho Turnpike
New Hyde Park, NY 11040

*Towards justice and dignity for all • Por justicia y dignidad para todos*